UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BONNIE NICOLE LUTHER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-25-317-J |
| | ) |
| OKLAHOMA DEPARTMENT OF HUMAN SERVICES, et al., | ) ) |
| | ) |
|     Defendants. | ) |

## ORDER

    The Court has received Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"). Doc. 2. The Application is deficient, and the financial information Plaintiff provides is insufficient for the Court to determine whether she has "a financial inability to pay the required filing fee." *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005).

    Plaintiff attests that she is unemployed and has had no income of any kind (including gifts or income from other sources) for the past twelve months. Application at 1. Plaintiff lists monetary assets in the amount of $59.82, but no other property or assets. *Id*. at 2. Plaintiff also lists monthly expenses in the amount of $2400.00, and attests that she fully supports her husband, daughter, son, and granddaughter. *Id.* Plaintiff must explain how she is subsisting without income or assistance from any source. Because the Application is incomplete, Plaintiff is directed to file an amended application that fully addresses these matters. The amended application must also identify the amount Plaintiff contributes to her family members' support.

Plaintiff is therefore **ORDERED** to cure these deficiencies by submitting an amended Application to Proceed in District Court Without Prepaying Fees or Costs not later than April 8, 2025. Failure to do so may result in dismissal of this action.

**IT IS SO ORDERED** this 18th day of March, 2025.

_____
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE