IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

BONNIE NICOLE LUTHER, )
        Plaintiff, )
)
v. ) Case No. CIV-25-317
)
OKLAHOMA DEPARTMENT OF )
HUMAN SERVICES, et al., )
        Defendants. )

FILED

APR 29 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY _____, DEPUTY

## MOTION TO REQUEST RULING ON OBJECTION TO REPORT AND RECOMMENDATION

COMES NOW the Plaintiff, Bonnie Nicole Luther ("Plaintiff"), pro se, and respectfully moves this Court to rule on Plaintiff's timely filed Objection (Doc. 9) to the Report and Recommendation (Doc. 8) entered by the Magistrate Judge on March 31, 2025. In support of this Motion, Plaintiff states as follows:

1. On March 31, 2025, the Magistrate Judge issued a Report and Recommendation recommending denial of Plaintiff's Applications to Proceed In Forma Pauperis.

2. Plaintiff timely filed an Objection to the Report and Recommendation on April 1, 2025, pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2).

3. Under 28 U.S.C. § 636(b)(1), the District Judge is required to conduct a de novo review of any portions of the Report and Recommendation to which specific objection is made.

4. As of the date of this filing, nearly one month has passed without action on

Plaintiff's Objection, creating procedural uncertainty and potential prejudice to Plaintiff's rights to access to the courts and timely adjudication under the Due Process Clause of the Fifth and Fourteenth Amendments to the United States Constitution.

5. Federal Rule of Civil Procedure 1 commands the "just, speedy, and inexpensive determination of every action and proceeding."

6. Plaintiff respectfully requests that the Court promptly consider and rule upon the pending Objection to advance the fair administration of this case.

WHEREFORE, Plaintiff respectfully prays that the Court rule on the pending Objection to the Report and Recommendation at its earliest opportunity, and grant such other and further relief as is just and proper.

Respectfully submitted,

*/s/ Bonnie N. Luther*
Bonnie Nicole Luther,
Petitioner Sui Juris
2 Hillcrest Drive
Chickasha, OK 73018
405-892-3367
nic12980@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BONNIE NICOLE LUTHER,<br>          Plaintiff,<br><br>v.<br><br>OKLAHOMA DEPARTMENT OF<br>HUMAN SERVICES, et al.,<br>          Defendants. | Case No. CIV-25-317-J |

## CERTIFICATION OF SERVICE

I, Bonnie Nicole Luther, hereby certify that on this 29th day of April, 2025, I served a true and correct copy of the *Motion To Request Ruling On Objection To Report And Recommendation* upon the Defendants listed below via Certified Mail with return receipt requested, in compliance with Rule 5 of the Federal Rules of Civil Procedure:

Defendants Served:

1. The State of Oklahoma, ex rel,
   The State of Oklahoma Department
   of Human Services
   Oklahoma Attorney General's Office
   313 NE 21st Street
   Oklahoma City, OK 73105

2. Oklahoma Human Services
   Commission - Sequoyah Building
   Oklahoma Human Services
   2400 N Lincoln Boulevard
   Oklahoma City, OK 73105

3. Jeffrey Cartmell
   Executive Director
   Oklahoma Department of Human
   Services
   2400 N. Lincoln Boulevard
   Oklahoma City, OK 73105

4. Chloe Walker
   323 W Chickasha Ave.
   Chickasha, OK 73018

5. Michael Case
   303 E. Comanche St.
   Norman, OK 73069

6. Christie Upchurch
   303 E. Comanche St.
   Norman, OK 73069

7. Jennifer Case
   323 W Chickasha Ave.
   Chickasha, OK 73018

8. Alicia Jackson
   323 W Chickasha Ave.
   Chickasha, OK 73018

CC:

1. U.S. Department of Justice
   Office of the Attorney General
   ℅ Pam Bondi
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001

2. U.S. Department of Justice
   Office of the Inspector General
   ℅ Michael E. Horowitz
   Investigations Division
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Respectfully submitted,

/s/ Bonnie N. Luther

Bonnie Nicole Luther,
Petitioner Sui Juris
2 Hillcrest Drive
Chickasha, OK 73018
405-892-3367
nic12980@gmail.com