# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BONNIE NICOLE LUTHER, <br> Plaintiff, | ) <br> ) <br> ) |
| v. | ) Case No. CIV-25-317-J <br> ) |
| OKLAHOMA DEPARTMENT OF <br> HUMAN SERVICES, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER

Before the Court is Plaintiff's Motion to Request Ruling on Objection to Report and Recommendation.

Upon review of the motion and the record, and for good cause shown, the Court hereby finds that the motion should be, and hereby is, GRANTED.

The Court will proceed with de novo review of Plaintiff's Objection to the Report and Recommendation (Doc. 9).

IT IS SO ORDERED on this ___ day of _____, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BONNIE NICOLE LUTHER,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | ) Case No. CIV-25-317-J<br>) |
| OKLAHOMA DEPARTMENT OF<br>HUMAN SERVICES, et al.,<br>　　　　Defendants. | )<br>)<br>)<br>) |

### CERTIFICATION OF SERVICE

I, Bonnie Nicole Luther, hereby certify that on this 29th day of April, 2025, I served a true and correct copy of the *[Proposed] Order Granting Request for Ruling on Objection to Report and Recommendations* upon the Defendants listed below via Certified Mail with return receipt requested, in compliance with Rule 5 of the Federal Rules of Civil Procedure:

Defendants Served:

1. The State of Oklahoma, ex rel,
   The State of Oklahoma Department
   of Human Services
   Oklahoma Attorney General's Office
   313 NE 21st Street
   Oklahoma City, OK 73105

2. Oklahoma Human Services
   Commission - Sequoyah Building
   Oklahoma Human Services
   2400 N Lincoln Boulevard
   Oklahoma City, OK 73105

3. Jeffrey Cartmell
   Executive Director
   Oklahoma Department of Human Services
   2400 N. Lincoln Boulevard
   Oklahoma City, OK 73105

4. Chloe Walker
   323 W Chickasha Ave.
   Chickasha, OK 73018

5. Michael Case
   303 E. Comanche St.
   Norman, OK 73069

6. Christie Upchurch
   303 E. Comanche St.
   Norman, OK 73069

7. Jennifer Case
   323 W Chickasha Ave.
   Chickasha, OK 73018

8. Alicia Jackson
   323 W Chickasha Ave.
   Chickasha, OK 73018

CC:

1. U.S. Department of Justice
   Office of the Attorney General
   ℅ Pam Bondi
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001

2. U.S. Department of Justice
   Office of the Inspector General
   ℅ Michael E. Horowitz
   Investigations Division
   950 Pennsylvania Avenue, NW
   Washington, D.C. 20530-0001

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Respectfully submitted,

*[signature: Bonnie A. Luther]*

Bonnie Nicole Luther,
Petitioner Sui Juris
2 Hillcrest Drive
Chickasha, OK 73018
405-892-3367
nic12980@gmail.com